**Electronically Filed
Supreme Court
SCWC-20-0000484
24-DEC-2024
07:53 AM
Dkt. 9 ODAC**

SCWC-20-0000484

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HAWAII PETROLEUM, INC., a Hawaiʻi Corporation,
Petitioner/Plaintiff-Appellant,

vs.

MILLENNIUM HI CARBON, LLC, a Hawaiʻi Limited Liability Company,
DAVID LESSER and JON MAURER,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000484; CASE NO. 3CC18100061K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed on November 21, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 24, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

